IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEOGRAPHIC LOCATION INNOVATIONS LLC, § § § | |
| Plaintiff, § | Case No: 1:21-cv-11252-RGS |
| § | |
| vs. § | PATENT CASE |
| § | |
| CRÈME DE LA CRÈME IMPORTS, LLC § d/b/a/ LOULOU, § § | |
| Defendant. § § | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Geographic Location Innovations, LLC ("Plaintiff" and/or "GLI") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Crème de la Crème Imports, LLC d/b/a loulou without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: November 10, 2021.                    Respectfully submitted,

                                                 */s/*Brendan M. Shortell
                                                 Brendan M. Shortell (BBO# 675851)
                                                 Lambert Shortell & Connaughton
                                                 100 Franklin Street, Suite 903
                                                 Boston, MA 02110
                                                 Telephone: 617.720.0091
                                                 Facsimile: 617.7206307
                                                 Shortell@lambertpatentlaw.com

                                                       **ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing document was filed electronically on November 10, 2021, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

                                                 */s/* Brendan M. Shortell
                                                 Brendan M. Shortell (BBO# 675851)